**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE HOLMAN KERIN**, OSB No. 965278
michelle@angelilaw.com
**PETER HAWKES**, OSB No. 071986
peter@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**LAWRENCE E. BUTERMAN** (*pro hac vice application pending*)
Lawrence.Buterman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

**CHRISTOPHER S. YATES** (*pro hac vice application pending*)
Chris.Yates@lw.com
**ELIZABETH H. YANDELL** (*pro hac vice application pending*)
Elizabeth.Yandell@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ANNA M. RATHBUN** (*pro hac vice application pending*)
Anna.Rathbun@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

    *Of Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| O.M., by and through her parent and guardian, K.C. MOULTRIE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL WOMEN'S SOCCER LEAGUE, LLC,<br><br>    Defendant. | Case No. 3:21-cv-00683-IM<br><br>**NOTICE OF APPEARANCE OF PETER HAWKES** |

Please take notice that Peter Hawkes of the law firm Angeli Law Group LLC hereby enters his appearance on behalf of Defendant National Women's Soccer League, LLC. All future papers and pleadings in this matter should be served upon him by addition to the electronic notice list:

**PETER HAWKES**, OSB No. 071986
peter@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DATED this 6th day of May, 2021

*s/ Peter Hawkes*
**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE HOLMAN KERIN**, OSB No. 965278
michelle@angelilaw.com
**PETER HAWKES**, OSB No. 071986
peter@angelilaw.com
**ANGELI LAW GROUP LLC**
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**LAWRENCE E. BUTERMAN** (*pro hac vice application pending*)
Lawrence.Buterman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

**CHRISTOPHER S. YATES** (*pro hac vice application pending*)
Chris.Yates@lw.com
**ELIZABETH H. YANDELL** (*pro hac vice application pending*)
Elizabeth.Yandell@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ANNA M. RATHBUN** (*pro hac vice application pending*)
Anna.Rathbun@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Of Attorneys for Defendant*