UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| O.M., by and through her parent and guardian, K.C. Moultrie,<br><br>            Plaintiff-Appellee,<br><br>  v.<br><br>NATIONAL WOMEN'S SOCCER LEAGUE, LLC,<br><br>            Defendant-Appellant. | No.    21-35469<br><br>D.C. No. 3:21-cv-00683-IM<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The joint motion (Docket Entry No. 16) for limited remand to the district court for the purpose of granting the parties' joint motion to vacate is granted.

Within 14 days after the district court's ruling on the joint motion to vacate, the parties must file a joint report on the status of district court proceedings or a motion for appropriate relief.  The failure to file a status report or motion will terminate the limited remand.

Appellee's unopposed request (Docket Entry No. 16) for modification of the briefing schedule is granted. The answering brief is now due September 13, 2021. The optional reply brief is due within 21 days after service of the answering brief.

Because no party has moved to seal Volume 3 of the excerpts of record, following appellant's notice of intent to file it publicly, *see* 9th Cir. R. 27-13(f), the

MKS/MOATT

Clerk will unseal the notice (Docket Entry No. 11-1) and file publicly Volume 3 of the excerpts of record (Docket Entry No. 11-2).